IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **INTERFACE SECURITY SYSTEMS, LLC,**<br><br>      **Plaintiff,**<br><br>   v.<br><br>**HAWK TECHNOLOGY SYSTEMS, LLC (a Florida Company)**<br><br>   **And**<br>**HAWK TECHNOLOGY SYSTEMS LLC (a Michigan Company),**<br><br>      **Defendants.** | **CASE NO. 2:21-cv-12523-TGB-KGA** |

## ORDER DISMISSING CASE

Before the Court is the Joint Motion for Dismissal with Prejudice filed by Plaintiff Interface Security Systems, LLC and Defendants Hawk Technology Systems, LLC (a Florida Company) and Hawk Technology Systems, LLC (a Michigan Company) (collectively, "the Parties"). The Court having considered the Parties' joint motion, and having found good cause for the reasons stated therein, hereby ORDERS that the joint motion is GRANTED.

IT IS ORDERED that all declaratory judgment claims are dismissed with prejudice, with each party to bear their own costs, expenses and attorneys' fees.

                                        /s/Terrence G. Berg_____
                                        TERRENCE G. BERG
                                        UNITED STATES DISTRICT JUDGE

Dated: January 12, 2024